No. 85–5939.   CRUZ *v.* NEW YORK.   Ct. App. N. Y.   [Certiorari granted, 476 U. S. 1168.]   Motion of the Solicitor General

for leave to participate in oral argument as *amicus curiae* and for divided argument granted.